**Denied and Opinion issued December 31, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01099-CV

## IN RE YANIKA DANIELS, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52923-2021**

## MEMORANDUM OPINION
Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Myers

Before the court are relator's December 28, 2021 amended petition for writ of mandamus and amended emergency motion for temporary relief. Relator's petition challenges the trial court's entry of a modification order in the underlying suit affecting parent child relations as well as the trial court's failure to hear various motions relator filed.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

1

Based on our review of the petition and record, we conclude relator has failed to demonstrate an entitlement to mandamus relief. Accordingly, we deny the amended petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We deny relator's amended emergency motion for temporary relief as moot.


211099f.p05

/Lana Myers//
LANA MYERS
JUSTICE

2